

UNITED STATES OF AMERICA
**RAILROAD RETIREMENT BOARD**
DEBT RECOVERY DIVISION
844 NORTH RUSH STREET
CHICAGO, ILLINOIS 60611-2092

April 23, 2007

Delaware District Court
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519

In reply refer to
US v MARK S FLYNN
04-28M
Billing Doc. No. B8222662143

Dear Madam/Sir:

A criminal judgment was entered in the United States District Court of Delaware, requiring Mr. Flynn to pay restitution of $5,288.00 to the Railroad Retirement Board. We recently received the restitution payment dated April 10, 2007 (#4615-00084216 $4,000.00).

The Railroad Retirement Board has a new lock box address for debts (for payments issued under the Railroad Unemployment Insurance Act). Please send all future restitution payments from Mr. Flynn to the following address:

US RAILROAD RETIREMENT BOARD
PO BOX 979025
ST LOUIS MO 63197-9000

Please include the billing document identification number, **B8222662143,** on all future payments, so that Mr. Flynn's payments are credited to the correct account. If you have any questions about this case, please contact me.

Sincerely,

Beatrice Martinez
Debt Specialist
Phone: 312-751-4653
Fax: 312-751-3364
Beatrice.Martinez@RRB.gov

FILED
MAY 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE